IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DORRELL McKEE-BEY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. **02-1093-CJP** |
| | ) | |
| **LT. MITCHELL, and** | ) | |
| **MEDICAL TECHNICIAN REED,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Plaintiff has filed a Motion to Request a Bench Trial **(Doc. 68)** in which he unequivocally states his desire to waive his jury demand.  Defendants have no objection.  **See, Doc. 69.**

Upon consideration and for good cause shown, plaintiff's Motion to Request a Bench Trial **(Doc. 68)** is **GRANTED.**

This case remains set for trial on **August 8, 2005**, for a bench trial.

**IT IS SO ORDERED.**

**DATE: July 14, 2005.**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**