**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **DARRELL A. McKEE BEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | **NO. 02-1093-CJP** |
| | ) | |
| **ROGER COWAN, CRAIG MITCHELL,** | ) | |
| **RICK REED,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# JUDGMENT IN A CIVIL CASE

This action came before the Court for a trial.

Defendant **ROGER COWAN** was dismissed by an Order entered by Judge Michael J. Reagan on June 30, 2003 (Doc. 10).

Defendants **CRAIG MITCHELL** and **RICK REED** were granted judgment as a matter of law by an Order entered by Magistrate Judge Clifford J. Proud on February 24, 2006 (Doc. 78).

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **ROGER COWAN**, **CRAIG MITCHELL** and **RICK REED** and against plaintiff **DARRELL A. McKEE BEY**.

Plaintiff shall take nothing from this action.

**DATED** this 24th day of February, 2006

**NORBERT G. JAWORSKI, CLERK**

**BY:  S/Angela Vehlewald**
**Deputy Clerk**

Approved by_____S/Clifford J. Proud_____
                **United States Magistrate Judge**
                        **Clifford J. Proud**