IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DORRELL McKEE-BEY,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. **02-1093-CJP** |
| **LT. MITCHELL, and** | ) ) |
| **MEDICAL TECHNICIAN REED,** | ) ) |
| Defendants. | ) |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion to Have Transcripts Made Available to In Forma Pauperis Plaintiff**. (Doc. 96).**

A transcript of the bench trial has been prepared at the Court's request and expense; it is therefore a part of the official record.  **See, Doc. 76.**  Pursuant to 28 U.S.C. § 1915(c), the transcript will be forwarded to the Court of Appeals as required by the Rules of Appellate Procedure, or upon that Court's request.

Plaintiff is not entitled to a copy of the transcript without paying the Court Reporter the necessary fee for reproduction of the transcript.   The Court is not authorized to require the government or defendants to pay for plaintiff's copy.  **See,** *McNeil v. Lowney***, 831 F.2d 1368, (7th Cir. 1987).**

**IT IS THEREFORE ORDERED** that plaintiff's Motion to Have Transcripts Made Available to In Forma Pauperis Plaintiff **(Doc. 96)** is **DENIED**.

**IT IS SO ORDERED.**

DATED:  December 15, 2006.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**